Filed: 1/10/2022 1:22 PM
Lynne Finley
District Clerk
Collin County, Texas
By Suzanne Rogers Deputy
Envelope ID: 60662403

CAUSE NO. 429-00122-2022

| | | |
|---|---|---|
| MACROLEASE CORPORATION | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| CCI LEGACY PLANO, LLC. and SUDHIR PATEL | § | |
| | § | |
| Defendants. | § | COLLIN COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

COMES NOW, Macrolease Corporation ("Plaintiff") and files this Petition (the "Petition") in the above styled and numbered cause against CCI Legacy Plano, LLC. and Sudhir Patel ("Defendants"), and shows the Court the following:

### DISCOVERY CONTROL PLAN

1. Plaintiff asserts that discovery in this case should be governed by Level 2, as provided under Tex. R. Civ. P. 190.3. Plaintiff discloses, pursuant to Rule 47(c), that it seeks monetary damages over $1,000,000.00.

### PARTIES

2. Plaintiff Macrolease Corporation ("Macrolease"), is a foreign corporation.

3. Defendant CCI Legacy Plano, LLC. ("CCI") is a Texas Limited Liability Company that may be served by service on its registered agent Sudhir Patel at 8353 Saint Clair Drive, McKinney, Texas 75071.

4. Defendant Sudhir Patel ("Patel") is an individual and resident of Collin County, Texas who may be served at 8353 Saint Clair Drive. McKinney, Texas 75071.

## JURISDICTION AND VENUE

5.      Pursuant to Sections 24.007 et seq. of the Texas Government Code, this Court has jurisdiction over this action by virtue of the relief sought herein and because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

6.      Venue is proper in Collin County Texas pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code, as the county of residence of one or more Defendants at the time the cause of action accrued.

## FACTUAL BACKGROUND

7.      On or about January 30, 2019, Macrolease entered into an Equipment Finance Agreement (the "Agreement") with Serendipity Labs Dunwoody, LLC. ("Serendipity"), wherein Serendipity agreed to pay Macrolease certain installment payments in connection with the lease of equipment.

8.      To induce Macrolease into the Agreement, CCI and Patel each executed a Guaranty. *See* Exhibits A and B.

9.      Serendipidy defaulted on its obligations to Macrolease. In September 2021, Macrolease accelerated all installment payments and demanded payment. *See* Exhibit C.

10.     As of September 15, 2021, the amount due and owing under the Agreement is $1,675,898.00, plus late fees of $6,112.60.

11.     Interest and fees will continue to accrue until paid.

## CAUSE OF ACTION - BREACH OF GUARANTY

12.     In connection with the Agreement, and in consideration for the extension of credit to Serendipidy, both CCI and Patel provided Macrolease a guaranty for all amounts due under the Agreement. Although Macrolease has performed all obligations required under the Agreement,

*PLAINTIFF'S ORIGINAL PETITION - Page 2*

Copy from re:SearchTX

CCI and Patel have failed and refused and continue to fail and refuse to pay the amounts due thereunder to Macrolease, despite demand for performance.

13. The failure to pay the amounts due and owing under the terms of the Agreement and respective Guaranty has caused Macrolease damages in excess of the minimum jurisdictional limits of the Court. Macrolease seeks to recover from CCI and Patel, jointly and severally, all amounts due and owing under the terms of the Agreement and Guaranty.

14. All just and legal offsets and credits have been applied to the amounts claimed under the Agreement and Guaranty.

## ATTORNEY'S FEES

15. It has been necessary for Plaintiff to engage counsel to represent it in the collection of this claim. Plaintiff has agreed to pay said attorneys a reasonable fee for their services and it is, therefore, entitled to recover such fees from Defendant pursuant to TEX. CIV. PRAC. & REM. CODE ANN. §38.001, *et seq.*, and the agreements between the parties.

## CONDITIONS PRECEDENT

16. All conditions precedent for recovery for breach of guaranty and attorney's fees have been performed or have occurred.

## REQUEST FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer herein, and that on final trial, Plaintiff have and recover the relief sought herein, costs of suit, and such other and further relief, at law or in equity, to which Plaintiff may prove itself justly entitled.

Copy from re:SearchTX

Respectfully submitted,

*/s/ Jeffrey W. Hellberg, Jr.*
Jeffery W. Hellberg, Jr.
Texas State Bar No. 00796738
jeff.hellberg@wickphillips.com
Brant C. Martin
Texas State Bar No. 24002529
brant.martin@wickphillips.com

**WICK PHILLIPS GOULD MARTIN, LLP**
3131 McKinney Ave, Suite 500
Dallas, Texas 75204
214.692.6200
214.692.6255 (fax)

**ATTORNEYS FOR PLAINTIFFS**